

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00487-CV

Ali **CHERAIF**,
Appellant

v.

**BARSHOP & OLES COMPANY, INC.**, San Pedro North, Ltd.,
Northwoods Center, Inc., and Northwoods Center III, Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-02395
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellant.

SIGNED April 15, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice